United States District Court
Southern District of Texas
**ENTERED**
August 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOE BLESSETT, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-153 |
| § | |
| STETT M JACOBY, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER STAYING CASE

The defendants have moved to dismiss this case under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Dkt. 30 and Dkt. 31). The plaintiff, who is proceeding *pro se*, has responded to the defendants' motions and moved to strike those motions (Dkt. 36 and Dkt. 37). While those motions are pending, the Court will stay this case.

"The district court has a general discretionary power to stay proceedings before it in the control of its docket and in the interests of justice." *McKnight v. Blanchard*, 667 F.2d 477, 479 (5th Cir. 1982); *see also Landis v. North Am. Co.*, 299 U.S. 248, 254–55 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). The entry of a stay is "an exercise of judicial discretion, and the propriety of its issue is dependent upon the circumstances of the particular case." *Nken v. Holder*, 556 U.S. 418, 433 (2009) (quotation marks and brackets omitted). Having examined the arguments in the defendants' motions and the

circumstances of this case,[1] the Court will stay this case until it has reached a decision on the defendants' motions to dismiss.

The Court **ORDERS** that all proceedings and discovery in this case are **STAYED** until the Court has rendered a decision on the defendants' motions to dismiss.

SIGNED at Galveston, Texas, this 17th day of August, 2018.

_____
George C. Hanks Jr.
United States District Judge

---

[1] Particularly noteworthy circumstances are this Court's recent dismissals of two other lawsuits filed by the plaintiff that are materially indistinguishable from this one. *See* Case Numbers 3:17-CV-164 and 3:17-CV-370. Yet another lawsuit recently filed by the plaintiff stemming from the same facts is pending. *See* Case Number 3:18-CV-137.